IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROSALYN LITHA CAFFEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **CASE NO. 3:15-0365** |
| vs. ) | **JUDGE CAMPBELL/KNOWLES** |
| ) | |
| ) | **JURY DEMANDED** |
| ) | |
| **NATIONSTAR MORTGAGE, LLC,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se Plaintiff's "Motion for Temporary Injunction Against Defendant Nationstar Mortgage, LLC., Collecting the Monthly Mortgage Payments on Plaintiff Caffey's 2617 Peggy Sue Lane Morrow, Georgia 30260."  Docket No. 84. The Motion states that a "supporting Memorandum, supporting documents and affidavit are simultaneously submitted with this motion." *Id.*, p. 2.  Despite that statement, however, Plaintiff has not filed a supporting Memorandum, or an affidavit, in violation of Local Rule 7.01(a). Likewise, Plaintiff has not discussed the requirements for injunctive relief, nor has she discussed how she meets those requirements.

For the foregoing reasons, the instant Motion (Docket No. 84) should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have

fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge