IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROSALYN LITHA CAFFEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | CASE NO. 3:15-0365 |
| vs. ) | JUDGE HAYNES/KNOWLES |
| ) | |
| ) | JURY DEMANDED |
| ) | |
| **NATIONSTAR MORTGAGE, LLC.,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se Plaintiff's filing headed "Pursuant to Rule 65 of the Federal Rule of Civil Procedure Plaintiff Caffey's Motion For and Emergency Hearing and Emergency Temporary Injunction Against Defendant Nationstar Mortgage, LLC., and/or Any Other Person or Increasing Plaintiff Caffey's House Note or Foreclosing on Plaintiff Caffey's Mortgage Because of Defendant Allstate Insurance is Canceling Plaintiff Caffey's Deluxe Homeowner Insurance Claiming Plaintiff Caffey's House at 2617 Peggy Sue Lane Morrow Georgia 30260 is Vacant."  Docket No. 94.  Plaintiff has not filed a supporting Memorandum, in violation of Local Rule 7.01(a).  Likewise, Plaintiff has not discussed the requirements for injunctive relief, nor has she discussed how she meets those requirements.

For the foregoing reasons, the instant Motion (Docket No. 94) should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to

this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

                                         E. Clifton Knowles
                                         United States Magistrate Judge