IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSALYN LITHA CAFFEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:15-cv-00365 |
| | ) Senior Judge Haynes |
| NATIONSTAR MORTGAGE LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 92) recommending that Plaintiff's motion for temporary injunction against Defendant Nationstar Mortgage, LLC, from collecting Plaintiff Caffey's mortgage payment as Defendant Nationstar locked Plaintiff Caffey out of Plaintiff Caffey's house at 2617 Peggy Sue Lane Mortgage be denied. Parties have not filed objections to the Report and Recommendation.

Although Plaintiff states that her "supporting memorandum, supporting documents and affidavit are simultaneously submitted with this motion," Plaintiff did not file any supporting documents as required by Local Rule 7.01(a). Nor did Plaintiff explain how she meets the requirements for injunctive relief.

Upon de novo review of the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation and Plaintiff's motion (Docket Entry No. 89) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 4th day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge