IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSALYN LITHA CAFFEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONSTAR MORTGAGE LLC, et al. )<br>)<br>Defendants. ) | No. 3:15-cv-00365<br>Senior Judge Haynes |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 86) recommending that Plaintiff's motion for temporary injunction against Defendant Nationstar Mortgage, LLC, collecting the monthly mortgage payments on Plaintiff Caffey's 2617 Peggy Sue Lane Morrow, Georgia 30260 (Docket Entry No. 84) be denied. Parties have not filed objections to the Report and Recommendation.

Although Plaintiff stated in her motion that "Plaintiff Caffey's supporting memorandum, supporting documents and affidavit are simultaneously submitted with this motion," there were not any documents attached. The Magistrate Judge concluded that "Plaintiff has not discussed the requirements for injunctive relief, nor has she discussed how she meets those requirements."

Upon de novo review of the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation and Plaintiff's motion (Docket Entry No. 84) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 9th day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge