**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

ROSALYN LITHA CAFFEY,                )
                                     )
    Plaintiff,               )
                                     )        No. 3-15-0365
v.                                   )        Senior Judge Haynes
                                     )
NATIONSTAR MORTGAGE, LLC., et al.,   )
                                     )
    Defendants.              )

**O R D E R**

In accordance with the Memorandum filed herewith, the Report and Recommendation is **ADOPTED in part** and **SET ASIDE in part**, Defendants' joint motion to dismiss for lack of personal and subject matter jurisdiction (Docket Entry No. 41) is **DENIED** and Defendants Allstate Insurance Company's and Allstate Corporation's supplemental motion to dismiss and motion to transfer venue (Docket Entry No. 64) is **GRANTED in part** and **DENIED in part.** All pending motions are **DENIED without prejudice as moot**. The Clerk is directed to **TRANSFER** this action to the Northern District of Georgia at Atlanta.

It is so **ORDERED**.

**ENTERED** this the _16th_ day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge